**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of JOHN M. a Minor, and LISA M., Individually and a Parent and Next Friend of JOHN M.,

v.

BOARD OF EDUCATION OF THE CITY OF CHICAGO, DISTRICT 299

Case Number:

FILED: AUGUST 12, 2008
08CV4576
JUDGE NORDBERG
MAGISTRATE JUDGE DENLOW
JFB

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiffs: JOHN M., and LISA M.

| | |
|---|---|
| NAME (Type or print) Michael A. O'Connor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Michael A. O'Connor | |
| FIRM  Mauk & O'Connor, LLP | |
| STREET ADDRESS 1427 W. Howard St., | |
| CITY/STATE/ZIP Chicago, IL 60626-1426 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2088266 | TELEPHONE NUMBER 773/262-2199 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL